IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Childs,                                                          :
                                                                        :
       Plaintiff(s),                                            :
                                                                        :    Case Number: 1:11cv817
   vs.                                                                  :
                                                                        :    Chief Judge Susan J. Dlott
Commissioner of Social Security,                                        :
                                                                        :
       Defendant(s).                                            :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 22, 2013 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 9, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition is **GRANTED**. The Plaintiff is **AWARDED** $2,295.00 in attorney fees and $350.00 in costs for a total of $2,645.00.

IT IS SO ORDERED.

                                                                           s/Susan J. Dlott
                                                                           Chief Judge Susan J. Dlott
                                                                            United States District Court